```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    INDICTMENT

    -v.-                            :    08 Cr. ____

JOSE HENRIQUEZ-ALVARADO,            :
    a/k/a "Angel L. Acevedo-Perez"
    a/k/a "Joise Enrique,"               08 CRIM  225

                    Defendant.      :

- - - - - - - - - - - - - - - - - - - -x
```

COUNT ONE

The Grand Jury charges:

From at least on or about December 9, 2007, up to and including on or about January 11, 2008, in the Southern District of New York, JOSE HENRIQUEZ-ALVARDO, a/k/a "Angel L. Acevedo-Perez," a/k/a "Joise Enrique," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about November 20, 1998, in New York Supreme Court, Bronx County, of criminal possession of a controlled substance in the third degree, in violation of New York Penal Law 220.16, a Class C Felony, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE HENRIQUEZ-ALVARADO,
a/k/a "Angel L. Acevedo-Perez"
a/k/a "Joise Enrique,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

3/14/08 Filed Indictment, Case assigned to J, Marrero

Pitman
US M-J