UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

UNITED STATES OF AMERICA

        -against-

JOSE HENRIQUEZ-ALVARADO,

                Defendant.

---------------------------------

08 CR. 0225 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    All parties are advised that an initial conference in this matter before Judge Marrero has been scheduled for March 28, 2008 at 11:15 a.m. Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED:**

Dated:    New York, New York
            19 March 2008

_____
                  Victor Marrero
                    U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-08
```