UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       -against-

JOSE HENRIQUEZ-ALVARADO,

               Defendant.

08 CR. 0225 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court had scheduled a conference for May 2, 2008 at 2:00 p.m. Due to a conflict with the Court's calendar, this conference, at which Defendant now intends to plead guilty, is rescheduled for May 2, 2008 at 10:30 a.m.

**SO ORDERED:**

Dated:    New York, New York
            25 April 2008

                                          Victor Marrero
                                            U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08