# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____NEW YORK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number __08 CR. 225-01__ |
| - v - | Honorable Victor Marrero |
| JOSE HENRIQUEZ-ALVARADO, Defendant. | (District Court Judge) |

Notice is hereby given that __the defendant Jose Henriquez-Alvarado__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✔]; order [ ]; other [ ]; _____
(specify)

entered in this action on _____08/01/08_____
(date)

Offense occurred after November 1, 1987    Yes [✔]    No [ ]

The appeal concerns:    conviction only [ ];    sentence only [✔];    conviction and sentence [ ]

Date: __August 4, 2008__

TO:
Nicole W. Friedlander, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Mr. Jose Henriquez-Alvarado
Reg. No. 60815-054/MCC

ADD ADDTIONAL PAGE IF NECESSARY

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

---

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

### ➤ QUESTIONNAIRE

[✔] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
  [ ] Daily copy is available
  [ ] U S Attorney has placed order
  [ ] Other  Attach explanation

### ➤ TRANSCRIPT ORDER

Prepare transcript of        Dates
[✔] Pre-trial proceedings  5/2/08
[ ] Trial
[✔] Sentence              8/1/08
[ ] Post-trial proceedings

DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ➤ Method of payment [ ] Funds  [ ] CJA Form 24

ATTORNEY'S signature: FIONA M. DOHERTY, ESQ. /s/ Fiona Doherty /WT     DATE: August 4, 2008

---

### ➤ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____
                        (Court Reporter)

COPY 1 - ORIGINAL